# DePROSPO, PETRIZZO & LONGO
## ATTORNEYS-AT-LAW
42 Park Place
Goshen, New York 10924

Tel (845) 294-3361
Fax (845) 294-8246

Of Counsel
Joseph J. Tock, Esq

May 21, 2008

Hon. Charles L. Brieant, U.S.D.J.
United States Courthouse
300 Quarropas Street, Room 275
White Plains, NY 10601

RE:   *In the Matter of the Complaint of
      Tara A. Pinand*
      Civil Action No.: 08 CV 3686

Honorable Sir,

Please be advised that this office does not represent Mr. Frank Dieber, Jr. in connection with the above-referenced matter. We are counsel to Mr. Dieber in regard to the criminal matter only.

We have, however, informed Mr. Dieber of the Court date of June 9th and have suggested that he either appear on his own behalf or retain other counsel.

Very truly yours,

DePROSPO, PETRIZZO & LONGO

By: WILLIAM L. DePROSPO
Attorney at Law
WLD:nmq
cc: Mr. Frank Dieber, Jr.

