# PISCIOTTI, MALSCH & BUCKLEY, P.C.
## ATTORNEYS AT LAW

**NEW JERSEY OFFICE**
30 COLUMBIA TURNPIKE
FLORHAM PARK, NJ 07932

TEL: (973) 245-8100
FAX: (973) 245-8101

**NEW YORK OFFICE**
445 HAMILTON AVE.
SUITE 1102
WHITE PLAINS, NY 10601

TEL: (914) 287-7711
FAX: (914) 287-7715

June 2, 2008

**VIA REGULAR MAIL ONLY**

Mr. James E. Mercante, Esq.
Mr. Yoon Sang (Robert) Han, Esq.
RUBIN, FIORELLA & FRIEDMAN LLP
292 Madison Avenue, 11th Floor
New York, New York 10017

Mr. Thomas P. Giuffra, Esq.
BARTON BARTON & PLOTKIN, LLP
420 Lexington Avenue
New York, New York 10170

**MEMO ENDORSED**
*Application Granted*
*So Ordered*

6/3/08  Charles L. Brieant
        USDJ

Re: In the Matter of the Complaint of Tara A. Pinand
    Civil Action No.: 98 CV 3686 (S.D.N.Y.)

Dear Counselors:

Pursuant to my office's telephone communications with your offices last week, please be advised that with your consent the Court has agreed to reschedule the Rule 16 conference from July 25, 2008, to <u>July 18, 2008, at 9 a.m.</u>

Thank you for your courtesy in this regard. If you have any questions, please do not hesitate to contact the undersigned.

Very truly yours,

PISCIOTTI, MALSCH & BUCKLEY, P.C.

Jeffrey Malsch

cc: Hon. Charles Brieant