TIMES HERALD-RECORD

40 Mulberry Street, Middletown, NY 10940

State of New York:
County of Orange: ss:

**Patricia Foddrill**

Being duly sworn deposes and says that the ORANGE COUNTY PUBLICATIONS Division of Ottaway Newspapers-Radio, Inc. is a corporation organized under the laws of the State of New York and is, at all the times hereinafter mentioned, was the printer and publisher of The Times Herald-Record, a daily newspaper distributed in the Orange, Ulster, Rockland, Dutchess, Pike, PA, Delaware and Sullivan Counties, published in the English language in the City of Middletown, County of Orange, State of New York, that deponent is the

**Legal Advertising Rep.**

of said The Times Herald-Record acquainted with the facts hereinafter stated, and duly authorized by said Corporation to make this affidavit; that the

**Public Notice**

a true printed copy of which is hereunto annexed, has been duly and regularly published in the manner required by law in said The Times Herald-Record in each of its issues published upon each of the following dates, to wit:
In its issues of

5/2/08, 5/9/08

5/16/08, 5/23/08

Signature of Representative: Patricia F

Sworn in before me this 23

Day of May 2008

Lorraine A Twitty

Notary Public, Orange County

LORRAINE A. TWITTY
Notary Public, State of New York
No. 01TW6138930
Qualified in Orange County
Term Expires December 27, 2009

www.recordonline.com Times Herald-**Record** Friday, May 23, 2008 **To place your ad call 343-7000 Today** Page **33 D**

Legal Notices | Legal Notices | Legal Notices | Legal Notices | Legal Notices | Legal Notices | Legal Notices | Legal Notices

**SUPREME COURT - COUNTY OF ORANGE DEUTSCHE BANK NATIONAL TRUST COMPANY, AS INDENTURE TRUSTEE FOR NEW CENTURY HOME EQUITY LOAN TRUST 2004-04,** Plaintiff against **KATHLEEN M. HERRING; JAMES HERRING; CATHERINE HERRING; KRISTIE HERRING; ELLEN HERRING,** et al Defendant(s).

Pursuant to a Judgment of Foreclosure and Sale entered on March 26, 2008. I, the undersigned Referee will sell at public auction at the lobby of the Judicial Wing of the County Government Center, 255-275 Main Street, Goshen, N.Y. on the 25th day of June, 2008 at 9:00 a.m. premises.

All that certain plot, piece or parcel of land, with the buildings and improvements thereon erected, situate, lying and being in the Town of Wawayanda, County of Orange and State of New York, known and designated as Lot No. 7, Block 4, Section 2, on a certain map entitled "Robinn Meadows Subdivision, Town of Wawayanda, County of Orange, New York, dated April, 1974 and revised October 2, 1974, and further revised October 19, 1976, as prepared by Erikson Engineering, Consulting Engineers, which map was filed December 17, 1976 in the Office of the Clerk of Orange County as Map No. 3959. Subject to all covenants and restrictions as more particularly set forth in Declaration of Restrictions, Grants and Trusts affecting lands of Ralph E. Meyer in the Town of Wawayanda, County of Orange and State of New York" which is dated February 15, 1977 and duly recorded in the Orange County Clerk's Office on February 17, 1977 in Liber 2060 at page 459, as amended in Liber 2391 at page 19.

Said premises known as 92 Maureen Drive, Middletown, N.Y. 10940. Tax account number: SBL # : 31-3-3. Approximate amount of lien $ 165,206.73 plus interest and costs. Premises will be sold subject to provisions of filed judgment and terms of sale. Index No. 4099-07.

Ryan Scott Karben, Esq., Referee.

**Fein Such & Crane, LLP**
**Attorney(s) for Plaintiff**
**747 Chestnut Ridge Road**
**Suite 200**
**Chestnut Ridge, N.Y. 10977**

" If the sale is set aside for any reason, the Purchaser at the sale shall be entitled only to a return of the deposit paid. The Purchaser shall have no further recourse against the Mortgagor, the Mortgagee, or the Mortgagee's attorney. "

## Town of Wawayanda

**PUBLIC HEARING NOTICE**

**PLEASE TAKE NOTICE** that a Special Joint Meeting of the Town Board and members of the Planning Board and Zoning Board of Appeals will take place at 7:00 P.M. on Tuesday, May 27, 2008, at the Town Hall, 80 Ridgebury Hill Road, Slate Hill, NY. The purpose of this meeting is to review and work on possible revisions to the Town's Zoning Law, and to address any other matters that may come before the Board.

**TERESA E. PIERCE**
**TOWN CLERK**
**TOWN OF WAWAYANDA**

Dated: May 21, 2008

## New York City Department of Environmental Protection

### REQUEST FOR BID

**Forest Management**
**Contract # 5022 "Neversink Borrow Pit"**

### NOTICE OF PROJECT AVAILABILITY

**Description:** The City of New York will sell approximately 202,798 board feet (International ¼" Rule) of standing mixed hardwood and softwood timber and 89.5 cords of primarily hardwood cordwood through Forest Management Project ID #5022. The products included in this sale are located adjacent to the Neversink Reservoir.

**Project Information:** *Bid Solicitation for the Sale of Timber and Firewood in the Town of Neversink, NY, west of the paved terminus of W. Shields Road, which meets Route 55 approximately 1.5 miles east of the Neversink Dam, Forest Management Project #5022.*

**Availability of Bid Information:** Bid Solicitation information is available by calling Nathan Hart, DEP Forester, at (845) 985-2275 x129, or requesting via e-mail at: hartn@dep.nyc.gov.

**Show Dates:** Prospective bidders are required to attend one of two public showings in order to receive a bid package necessary to submit a valid bid. The mandatory showings will be held on Thursday, May 29, 2008 at 2:00 PM and Friday, May 30, 2008 at 10:00 AM. Participants should park and gather at the paved terminus of W. Shields Road.

All prospective bidders must notify the DEP Forester of the representatives they will be sending to the showing at least 24 hours in advance.

**Required Contractor Qualification:**

1. The Contractor must maintain the required Workers Compensation and Disability Benefits Coverage.
2. The Contractor shall furnish and maintain a Commercial General Liability Insurance Policy.
3. The Contractor must have demonstrated experience, ability and equipment to assure removal of timber under terms of the agreement.

**Bid Due Date: All bid proposals must be received** by Nathan Hart, P.O. Box 358, Grahamsville, New York 12740 (845-985-2275 x129), **NO LATER THAN Thursday, June 12, 2008 at 4:00 PM, local time.**

**Opening of Bids:** Sealed bids will be publicly opened at the DEP Office, 7870 Route 42, Grahamsville, NY on Friday, June 13, 2008 at 9:00 AM, local time. The projected date for awarding the bid is on or about Friday, June 13, 2008.

**SUPREME COURT - COUNTY OF ORANGE DEUTSCHE BANK NATIONAL TRUST COMPANY, AS TRUSTEE FOR THE CERTIFICATEHOLDERS OF SOUNDVIEW HOME LOAN TRUST 2005-OPT1, ASSET-BACKED CERTIFICATES, SERIES 2005-OPT1,** Plaintiff against **PENNIE STUBBS; JAMES STUBBS,** et al Defendant(s).

Pursuant to a Judgment of Foreclosure and Sale entered on April 1, 2008. I, the undersigned Referee will sell at public auction at the lobby of the Judicial Wing of the Orange County Government Center, 255-275 Main Street, Goshen, N.Y on the 23rd day of June, 2008 at 10:00 a.m. premises Beginning at a point in the centerline of Munro Street, where the same is intersected by the southerly boundary of lands now or formerly Blair (liber 4915cp 147) and running thence along the southerly boundary of lands now or formerly Blair and generally along a stonewall south 70 degrees 09'30" east a distance of 436.01 feet to an iron pin found; thence along the southerly boundary of land now or formerly Snyder (liber 4669 cp 18) and generally along a stonewall south 70 degrees 29'45" east a distance of 507.56 feet to a point; thence along the westerly boundary of land now or formerly Vivenzio (liber 3073 cp 169), the following four courses and distance: 1) south 78 degrees 58'09" east a distance of 26.40 feet, 2.) south 16 degrees 53'06" west distance of 100.42 feet, 3.) south 25 degreets 27'51"west a distance of 158.69 feet, 4.) south 60 degrees 47'09" east a distance of 6.44 feet to an iron pin found. Thence along the northerly boundary of Lot # 17 and in continuation along Lot # 18, # 19 and #20 in a map entitled "Goldin Park Subdivision" Field Map # 3001 north 75 degrees 43'11" west a distance of 841.45 feet to a point in the centerline of Munro Street, said line passes through an iron pipe found 16.01 feet from the terminus; thence along the first mentioned centerline of Munro Street, the following four courses and distance: 1.) north 08 degrees 41'45" west a distance of 101.96 feet, 2.) north 05 degrees 48'32" west a distance of 105.74 feet, 3.) on a curve to the right having a radius of 250.00 feet and an arc length of 74.31 feet, 4.) north 11 degrees 13'20" east distance of 79.02 feet to the point of beginning.

Said premises known as 56 Munro Street, Walden, N.Y. 12586. Tax account number: SBL #: 7-1-36. Approximate amount of lien $ 398,637.93 plus interest and costs. Premises will be sold subject to provisions of filed judgment and terms of sale. Index No. 9134-07.

John Ziobro, Esq., Referee.

**Fein Such & Crane, LLP**
**Attorney(s) for Plaintiff**
**747 Chestnut Ridge Road**
**Suite 200**
**Chestnut Ridge, N.Y. 10977**

" If the sale is set aside for any reason, the Purchaser at the sale shall be entitled only to a return of the deposit paid. The Purchaser shall have no further recourse against the Mortgagor, the Mortgagee, or the Mortgagee's attorney. "

## Village of Monroe

**PUBLIC HEARING NOTICE**
**COMMUNITY DEVELOPMENT PROJECT**

The Village of Monroe Board of Trustees invite public comments and suggestions regarding projects to be considered for funding under the Orange County Community Development Program.

A Public Hearing will be held on June 3, 2008 at 7:30NPM in the Boardroom of the Village Hall, 7 Stage Road, Monroe, NY. Under this program a variety of physical improvements as listed below are eligible for funding:

1) Acquisition & Disposition of Real Property.
2) Public Works, public facilities or site improvements.
3) Code Enforcement (Housing & Health Codes).
4) Clearance, demolition & rehabilitation for public use or economic development.
5) Housing rehabilitation loan and grants.
6) Special projects for elderly and handicapped.
7) Provision of public services (shelters, clinics, senior nutrition, etc.).
8) Payment of non-federal shares of other grant programs.
9) Relocation payments and assistance.
10) Planning, Management & Program Administration.

The Village of Monroe will be considering projects to be submitted to the Orange County Community Development Program. Written comment addressed to Mayor John M. Karl, III must be received by June 2, 2008. The deadline for submission is June 29, 2008.

**BY ORDER OF**
**THE BOARD OF TRUSTEES**
**VILLAGE OF MONROE**
**VIRGINIA CAREY**
**VILLAGE CLERK**

Dated: May 23, 2008

## Susan Valentine LLC

Notice of Formation of SUSAN VALENTINE LLC, a domestic Limited Liability Company (LLC). Articles of Organization were filed with the Secretary of State of NY (SSNY) on 4/21/08. Office location: Orange County. SSNY is designated as agent upon whom process against the LLC may be served. SSNY shall mail a copy of any process to: 350 Water Street, 5-3, Newburgh, NY 12550. Purpose: to engage in any lawful act or activity.

## NV Group, L.L.C.

Notice of Registration of the above Registered Limited Liability Company ("LLC") Articles of Organization filed under Sec. 203 of the LLC Law with the Department of State of NY on April 14, 2008. Secretary of State ("SSNY") has been designated as agent of the LLC upon whom process against it may be served. SSNY shall mail a copy of any such process to: c/o William Rosado, 121 Elizabeth Street, New York, NY 10013.

SUMMONS AND NOTICE OF OBJECT OF ACTION STATE OF NEW YORK SUPREME COURT: COUNTY OF SULLIVAN ACTION TO FORECLOSE A MORTGAGE INDEX NO.: 3842/07 BENEFICIAL HOMEOWNER SERVICE CORPORATION Plaintiff, vs. MARK WILSON, BILHA YEHESKA, KATHERINE SEAMAN A/K/A KATHERINE WILCOX, Defendant(s). Mortgaged Premises: 230 NEVERSINK ROAD N/K/A 5941 STATE ROUTE 55, LIBERTY, NY 12754 SBL #: 23-1-45 TO THE ABOVE NAMED DEFENDANT: You are hereby summoned to answer the Complaint in this action, and to serve a copy of your answer, or, if the Complaint is not served with this Summons, to serve a notice of appearance, on the Plaintiff(s) attorney(s) within twenty days after the service of this Summons, exclusive of the day of service (or within 30 days after the service is complete if this Summons is not personally delivered to you within the State of New York). In case of your failure to appear or answer, judgment will be taken against you by default for the relief demanded in the Complaint. The Attorney for Plaintiff has an office for business in the County of Erie. Trial to be held in the County of SULLIVAN. The basis of the venue designated above is the location of the Mortgaged Premises. Dated this 17th day of March, 2008, Steven J. Baum, P.C., Attorney(s) For Plaintiff(s), 220 Northpointe Parkway, Suite G, Amherst, NY 14228 TO: KATHERINE SEAMAN A/K/A KATHERINE WILCOX, Defendant(s) In this Action. The foregoing Summons is served upon you by publication, pursuant to an order of HON. FRANK J. LABUDA of the Supreme Court of the State of New York, dated the 15TH day of February, 2008, and filed with the Complaint in the Office of the SULLIVAN County Clerk, in the City of Monticello. The object of this action is to foreclose a mortgage upon the premises described below, executed by MARK WILSON, BILHA YEHESKA dated the 6th day of March, 2002, to secure the sum of $10,000.00 and recorded at Liber 2394 of Mortgages at Page 12 in the Office of the Clerk of the County of SULLIVAN, on the 11th day of April, 2002; which mortgage was duly assigned by assignment dated the 29th day of January, 2007, and recorded on the 26th day of March, 2007, in the Office of the Clerk of SULLIVAN County at Instrument No. 2007-00020101. The property in question is described as follows: 230 NEVERSINK ROAD N/K/A 5941 STATE ROUTE 55, LIBERTY, NY 12754 SEE FOLLOWING DESCRIPTION ALL THAT CERTAIN LOT, PIECE OR PARCEL OF LAND, with the buildings and improvements thereon erected, situate, lying and being in the Town of Liberty, County of Sullivan, State of New York, and bounded and described as follows: BEGINNING at a point in center line of Liberty-Neversink Road, said point being 481 .5 feet measured along center line of said road in an easterly direction from the line between Miller and Simmons in center of said road; RUNNING THENCE north 82 degrees 15 minutes east 208 feet along center line of said road to a point; THENCE north 3 degrees 13 minutes west 208 feet passing through an inner pipe located on north side of said road to an iron pipe in the ground; THENCE south 82 degrees 15 minutes west 208 feet to an iron pipe in the ground; THENCE south 3 degrees 13 minutes east, 208 feet passing through an iron pipe on north side of said road to the point or place of BEGINNING. DATED: March 17, 2008 Steven J. Baum, P.C., Attorney(s) For Plaintiff(s), 220 Northpointe Parkway, Suite G, Amherst, NY 14228

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

......................................................................... X

**IN THE MATTER OF THE COMPLAINT**
of
**TARA A. PINAND, as owner of a 1999 21' Foot Rivera Cruiser Pontoon Boat for Exoneration From or Limitation of Liability,**

Petitioner.

......................................................................... X

**NOTICE OF FILING A COMPLAINT FROM EXONERATION FROM OR LIMITATION OF LIABILITY**
Civil Action No. 08/3686
U.S. DISTRICT COURT
Filed April 17, 2008

**PLEASE TAKE NOTICE** that TARA A. PINAND as the owner of a 1999 twenty (20) foot Riviera cruiser pontoon-style vessel (Mfg. ID# RCD6876OI899) ("Pontoon-Style Vessel") has filed a Complaint claining the right to exoneration from or Limitation of Liability pursuant to the vessel owner's Limitation of Liability Act, Title 46 U.S.C. §30501 et seq., for all claims, damages and/or losses arising out of or resulting from a boating accident alleged to have occurred between the Pontoon-Style Vessel and a Formula SR1 boat on or about June 29, 2007, on the navigable waters of Greenwood Lake, Orange County, New York, as described in the Complaint; and

**PLEASE TAKE FURTHER NOTICE** that all persons, firms, entities or corporations, having any claim or suit against Petitioner arising or resulting from the alleged accident must file a Claim as provided in Rule "F" of the Supplemental Rules for Certain Admiralty and Maritime Claims of the Federal Rules of Civil Procedure, with the Clerk of the Court, at the United States Courthouse for the Southern District of New York, 300 Quarropas Street, White Plains, New York, 10601-4150 and must deliver or mail to the attorneys for the Petitioner Tara A. Pinand, Mr. Jeffrey M. Malsch, Esq., Pisciotti, Malsch & Buckley, P.C., 445 Hamilton Avenue, Suite 1102, White Plains, New York 10601, a copy on or before June 9, 2008, or be defaulted. Personal attendance is not required.

**FURTHER,** any Claimant desiring to contest Petitioner's right either to Exoneration from or Limitation of Liability shall file an Answer to the Complaint on or before the aforesaid date as required by Supplemental rule "F" of the Federal Rules of Civil Procedure, and deliver of mail a copy to the attorneys for the Petitioner, or be defaulted.

Dated: White Plains, New York
April 18, 2008

**J. MICHAEL MCMAHON**
**CLERK**

**ROBERT ROGERS**
**DEPUTY-IN-CHARGE**
**USDC / SDNY**

## Village of Otisville

The Village of Otisville invites public comments and suggestions regarding projects to be considered for funding under the Orange County Community Development Program. A public hearing will be held on May 29, 2008 at 6:00 p.m. at the Village Hall, 66 Highland Avenue, Otisville, NY. Under this Program, a variety of physical improvements as listed below are eligible for funding:

1) Acquisition & Disposition of Real Property
2) Public Works, Public Facilities or Site Improvements
3) Code Enforcement (housing & health codes)
4) Clearance, Demolition & rehabilitation for Public Use or Economic Development
5) Housing Rehabilitation Loan and Grants
6) Special Projects for Elderly & Handicapped
7) Provision of Public Services (shelters, clinics, senior nutrition, etc.)
8) Payment of Non-Federal Shares of Other Grant Programs
9) Relocation Payments and Assistance
10) Planning, Management & Program Administration

The Village of Otisville will be considering projects to be submitted to the Orange County Community Development Program. The deadline for which is June 30, 2008.

Dated: May 15, 2008

**BY ORDER OF**
**THE VILLAGE OF OTISVILLE**
**BOARD OF TRUSTEES**
**BARBARA J. MCDOWELL**
**VILLAGE CLERK**

El Pueblo de Otisville Invita comentario del publico y sugerencias en cuanto a proyectos que seran pagados por los fondos del Orange County Community Development Program. Una Audiencia Publica sera reunida el vente neueve de Mayo ala 6:00 de la tarde Bejo este programa hay una variedad de mejoramientos fisicos cuales se alistan abajo y que elegibles para conseguir fondos:

1. Acquisicion y disposician de bienes raices
2. Projectos publicos, y mejoramientos de sitio o de facilidades publicas
3. Codigo de compulsion (codigos de alojamiento y sanidad)
4. Hacer espacio libre, la demolicion y la rehabilitacion para uso del publico o desarrollo economico
5. Prestamos y donaciones para la rehabilitacion de alojamientos
6. Proyectos especiales para los de edad avanzaday los que tienen una desventaja
7. Provision de sercicios publicos (hospedajes, clinicas, nutricion para los edad avanzada, efeetera)
8. Pago de acciones no-federales de otros programas de donacion
9. Pago para ayudar en localizarese y pagos y asistencia para relocalizarse
10. El programa de administracion considerara proyectos

El Pueblo Otisville considerara proyectos la fecha tope sometidos al Programa de Orange County Community Development era el 30 de Junio, 2008.

Dated: El quience de Mayo, 2008

**BY ORDER OF**
**THE VILLAGE OF OTISVILLE**
**BOARD OF TRUSTEES**
**BARBARA J. MCDOWELL**
**VILLAGE CLERK**

## Middletown City School District

**NOTICE TO BIDDERS**

The Board of Education of the Enlarged City School District of Middletown, NY, in accordance with Section 103 of Article 5-A of the General Municipal Law, hereby invites the submission of sealed bids on:

**"ATHLETIC EQUIPMENT"**

Bids will be received until 2:00 PM on the 4th day of June, 2008 at the Board of Education Business Office, 223 Wisner Ave. Ext., Middletown, NY at which time and place all bids will be publicly opened.

Specifications and bid forms may be obtained by visiting www.middletowncityschools.org and clicking on vendors, business, bids, ECSDM 2008-2009 Bids, then the appropriate bid document. If you do not have internet access, please contact Donna Millosky, Purchasing Agent at (845) 326-1140 and a bid can be mailed to you.

The Board of Education reserves the right to waive any informality in any bid and to accept or reject any bid or any part of any bid deemed in the best interest of the taxpayers of the Middletown City School District.

**BOARD OF EDUCATION OF**
**THE ENLARGED CITY SCHOOL DISTRICT OF**
**THE CITY OF MIDDLETOWN, NY**
**By: Elizabeth McKean**
**School Business Administrator**

## MB30 LLC

Notice of formation of Limited Liability Company. Name: MB30 LLC. Articles of Organization were filed with the Secretary of State of New York (SSNY) on 2/22/2007 under the name of Oriya Pollak LLC and thereafter an Amendment was filed on 5/4/2007 amending the name to MB30 LLC. Office Location: Orange County. SSNY has been designated as agent of the LLC upon whom process against it may be served. SSNY shall mail process to the LLC c/o Steven Hilsenrath, Esq., 1803 Gravesend Neck Road, Brooklyn, New York 11229. Purpose: For any lawful purpose.