# PISCIOTTI, MALSCH & BUCKLEY, P.C.

ATTORNEYS AT LAW

NEW JERSEY OFFICE
30 COLUMBIA TURNPIKE
FLORHAM PARK, NJ 07932

TEL: (973) 245-8100
FAX: (973) 245-8101

NEW YORK OFFICE
445 HAMILTON AVE.
SUITE 1102
WHITE PLAINS, NY 10601

TEL: (914) 287-7711
FAX: (914) 287-7715

July 10, 2008

## VIA FACSIMILE ONLY

Mr. James E. Mercante, Esq.
Mr. Robert Han, Esq.
RUBIN, FIORELLA & FRIEDMAN LLP
292 Madison Avenue, 11th Floor
New York, New York 10017

Mr. Thomas P. Giuffra, Esq.
BARTON BARTON & PLOTKIN, LLP
420 Lexington Avenue
New York, New York 10170

> **Re:** **In the Matter of the Complaint of Tara A. Pinand**
> **Civil Action No.: 08 CV 3686 (S.D.N.Y.)**

Dear Counselors:

Please be advised that Judge Brieant's Chambers informed us today that the Rule 16 conference scheduled in this matter for July 18, 2008, has been adjourned without a new date. The Court advises that we will be contacted shortly to reschedule this conference.

If you have any questions, please do not hesitate to contact the undersigned.

Very truly yours,

**PISCIOTTI, MALSCH & BUCKLEY, P.C.**

Jeffrey Malsch

cc: Hon. Charles Brieant
Carl Mazzi, Esq.
Charles J. Lange, Jr., Esq.